1  MICHAEL CHASTAINE, State Bar #121209
   THE CHASTAINE LAW OFFICE
2  2377 Gold Meadow Way, Suite 100
   Gold River, CA 95670
3  Telephone: 916-732-7150

4  Attorneys for Defendant
5  Andre Walters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-0375-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |
| v. | |
| ANDRE WALTERS, et al., | |
| Defendants. | |

Defendant Andre Walters, by and through his attorney, Michael Chastaine, Gregory Martin by and through his attorney Christopher Cosca, Michael Taylor, Sr. by and through his attorney Thomas Johnson, and Michael Taylor, Jr. by and through his attorney Tim Warriner, and the United States, by and through Assistant United States Attorney Jared Dolan, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, March 27, 2014 at 9:30 a.m. to Thursday May 29, 2014 at 9:30 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

The Continuance is being requested to allow counsel additional time to review the large amount of discovery that has been provided.  Further, counsel has been engaged in settlement discussions and needs additional time to perfect any settlement agreements.  It is further stipulated that the need for a continuance outweighs the interests of the public and the defendant in a speedy trial.


Dated: March 26, 2014                    The CHASTAINE LAW OFFICE

                                         By: ____/s/ Michael Chastaine
                                             MICHAEL CHASTAINE
                                             Attorney for Andre Walters

Dated: March 26, 2014

                                         By: ____/s/ Chris Cosca
                                             CHRIS COSCA
                                             Attorney for Gregory Martin

Dated: March 26, 2014

                                         By: ____/s/ Tom Johnson
                                             TOM JOHNSON
                                             Attorney for Michael Taylor, Sr.

Dated: March 26, 2014

                                         By: ____/s/ Tim Warriner
                                             TIM WARRINER
                                             Attorney for Michael Taylor, Jr.

Dated: March 26, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: ___/s/ Jared Dolan
                                             JARED DOLAN
                                             Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, March 27, 2014 at 9:30 a.m. be continued to Thursday, May 29, 2014 at 9:30 a.m. and that the period from March 27, 2014 to May 29, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found based upon stipulated that the need for a continuance outweighs the interests of the public and the defendant in a speedy trial.

Dated: March 27, 2014

_____
Troy L. Nunley
United States District Judge