THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Michael Taylor Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>GREGORY MARTIN, et al.,<br>               Defendants. | Case No.: 2:12-cr-0375-TLN<br><br>STIPULATION AND ORDER FOR CONTIUATION OF THE STATUS CONFERENCE |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a Status Conference on May 29, 2014.

2. By this stipulation, the all Defendants agree to continue the Status Conference to August 7, 2014, at 9:30 a.m..  The parties stipulate to exclude time until August 7, 2014, under Local Code T4.   Plaintiff does not oppose this request.

3. The parties agree and stipulate and request that the Court find the following:

    a. Thomas A. Johnson, counsel for Michael Taylor Sr., requests a continuance due to the fact that Mr. Johnson is currently in a trial in Contra Costa County.

1

    b. Counsel for defendants believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The government does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time until August 7, 2014, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: May 27, 2014

By:    /s/ Thomas A. Johnson  
          Thomas A. Johnson  
          Attorney for Michael Taylor Sr.

DATED: May 27, 2014

By:    /s/ Thomas A. Johnson for  
          CHRISTOPHER COSCA  
          Attorney for Gregory Martin

DATED: May 27, 2014

By: /s/ Thomas A. Johnson for
TIMOTHY WARRINER
Attorney for Michael Taylor Jr.

DATED: May 27, 2014

By: /s/ Thomas A. Johnson for
MICHAEL CHASTAINE
Attorney for Andre Walters

DATED: May 27, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Thomas A. Johnson for
JARED DOLAN
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED.**

Dated: May 30, 2014

_____
Troy L. Nunley
United States District Judge

3