Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Michael Ray Taylor, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-CR-0375-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER ) CONTINUING STATUS |
| vs. | ) CONFERENCE AND EXCLUDING ) TIME |
| MICHAEL RAY TAYLOR, JR., et al., | ) |
| Defendants. | ) |

Plaintiff, United States of America, by and through its counsel of record, and

Defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a Status Conference on November 6, 2014.

2. By this stipulation, all the undersigned Defendants agree to continue the Status Conference to December 4, 2014, at 9:30 a.m.  The parties stipulate to exclude time until December 4, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate and request that the Court find the following:

a. Defense counsel continue to need time to prepare for both a possible trial as well as plea negotiation. Counsel for Mr. Taylor, Jr. has received new documents to review and will need additional time to confer with his client, who resides in the Los Angeles area. Counsel for Mr. Taylor, Jr. will also need additional time to conduct research concerning the amount of loss issue.

b. Counsel for Defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Due to the need for attorney preparation, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a criminal trial within the time prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time until December 4, 2014, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such

action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

DATED: November 4, 2014          /s/ Tim Warriner, Attorney for Defendant, Michael Taylor, Jr.

DATED: November 4, 2014          /s/ Thomas A. Johnson, Attorney for Defendant, Michael Taylor, Sr.

DATED: November 4, 2014          /s/ Christopher Cosca, Attorney for Defendant, Gregory Martin

DATED: November 4, 2014          /s/ Michael Chastaine, Attorney for Defendant, Andre Walters

DATED: November 4, 2014          /s/ Jared C. Dolan, Assistant U.S.Attorney

IT IS SO ORDERED.

Dated:  November 5, 2014

_____
Troy L. Nunley
United States District Judge