Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Michael Ray Taylor, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL RAY TAYLOR, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:12-CR-0375-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a Status Conference on December 4, 2014.

2. By this stipulation, all the undersigned Defendants agree to continue the Status Conference to January 8, 2015, at 9:30 a.m. The parties stipulate to exclude time until January 8, 2015, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate and request that the Court find the following:

1

a. The undersigned defense counsel continue to need time to prepare for both a possible trial as well as a possible plea resolution. Counsel for Mr. Taylor, Jr. will need additional time to confer with his client, who resides in the Los Angeles area, concerning a possible plea resolution, and to conduct further research and investigation concerning the amount of loss. Attorneys for Mr. Martin and Mr. Walters need additional time as both are preparing for trials.

b. Counsel for Defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Due to the need for attorney preparation, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a criminal trial within the time prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time until January 8, 2014, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

| | |
|---|---|
| DATED: December 2, 2014 | /s/ Tim Warriner, Attorney for Defendant, Michael Taylor, Jr. |
| DATED: December 2, 2014 | /s/ Christopher Cosca, Attorney for Defendant, Gregory Martin |
| DATED: December 2, 2014 | /s/ Michael Chastaine, Attorney for Defendant, Andre Walters |
| DATED: December 2, 2014 | /s/ Jared C. Dolan, Assistant U.S.Attorney |

IT IS SO ORDERED.

DATED: December 2, 2014

_____
Troy L. Nunley
United States District Judge