LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
GREGORY BART MARTIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BART MARTIN, et al.,<br><br>Defendants. | CASE NO.  2:12-CR-0375 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT**<br><br>Date:  May 21, 2015<br>Time:  9:30 a.m.<br>Court: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.  The Court previously continued this matter to May 21, 2015.

2.  By this stipulation, defendants now move to continue the status conference until June 25, 2015 and to exclude time between May 21, 2015 and June 25, 2015 under Local Code T4. Plaintiff does not oppose this request.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The government will be producing additional discovery in this matter including numerous witness interviews and reports not previously disclosed.

    b.  Counsel for defendants need additional time to review and copy discovery, to conduct

additional investigation, and to consult with their clients.

    c.    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 21, 2015 to June 25, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:    May 15, 2015    /s/ Chris Cosca for_____
JARED C. DOLAN
Assistant United States Attorney

DATED:    May 15, 2015    /s/ Chris Cosca for_____
TIMOTHY WARRINER
Counsel for Defendant Michael Ray Taylor, Jr.

DATED:    May 15, 2015    /s/ Chris Cosca for  _____
MICHAEL CHASTAINE
Counsel for Defendant Andre Antonio Walters

Stip and Order Continuing Status Conference, Excluding Time

DATED:     May 15, 2015          /s/ Chris Cosca
                                 CHRIS COSCA
                                 Counsel for Defendant Gregory Bart Martin

**O R D E R**

IT IS SO FOUND AND ORDERED this 15th day of May, 2015.

Troy L. Nunley
United States District Judge

Stip and Order Continuing Status Conference, Excluding Time