Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Michael Ray Taylor, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0375-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| vs. | |
| MICHAEL RAY TAYLOR, JR., *et al.*, | |
| Defendants. | |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a Status Conference on June 25, 2015.

2. By this stipulation, all the undersigned Defendants agree to continue the Status Conference to July 30, 2015, at 9:30 a.m. The parties stipulate to exclude time until July 30, 2015, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate and request that the Court find the following:

a. The undersigned defense counsel continue to need time to prepare for both a possible trial as well as a resolution by way of written plea agreement. All counsel have received a new discovery disc. Additional time is needed for the attorneys to review the new materials and to discuss the materials with their respective clients. Counsel for Mr. Taylor, Jr. needs additional time to discuss a possible plea resolution with the client.

b. Counsel for Defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Due to the need for attorney preparation, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a criminal trial within the time prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time until July 30, 2015, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: June 23, 2015        /s/ Timothy E. Warriner, Attorney for Defendant, Michael Taylor, Jr.

DATED: June 23, 2015        /s/ Christopher Cosca, Attorney for Defendant, Gregory Martin

DATED: June 23, 2015        /s/ Michael Chastaine, Attorney for Defendant, Andre Walters

DATED: June 23, 2015        /s/ Jared C. Dolan, Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: June 23, 2015        _____
                            Troy L. Nunley
                            United States District Judge